# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  2:15-MC-00112-RSL |
| Plaintiff, | (2:02-CR-0121-1) |
| vs. | **Order Terminating Garnishment Proceeding** |
| SHARON LYNNE WEINGARTNER, | |
| Defendant/Judgment Debtor, | |
| and | |
| MINISTER & GLAESER SURVEYING, INC., | |
| Garnishee. | |

This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding.  For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10)(A).

IT IS ORDERED that the garnishment is terminated and that Minister & Glaeser Surveying, Inc., is relieved of further responsibility pursuant to this garnishment.

//

ORDER TERMINATING GARNISHMENT PROCEEDING - 1

Dated this 10th day of January, 2022.

*/s/ Robert S. Lasnik*
JUDGE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

ORDER TERMINATING GARNISHMENT PROCEEDING - 2